# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE:  **DEBTOR MILLVISION, INC.**

**BANKRUPTCY APPEAL**

**CIVIL ACTION NO. 05CV40155**


## O R D E R

 **ZOBEL, D. J.**


A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled  action on    9/7/05  ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before 9/26/05 and the Appellee's brief shall be filed on or before  10/11/05 .  The Appellant may file and serve a reply brief on or before   10/19/05.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

**By the Court,**

 **9/9/05** 
**Date**

**s/ Lisa A. Urso**
**Deputy Clerk**

(BKAppeal Bro.wpd - 12/98)                                                                    [bro.]