UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE: Civil Action No. __05cv40155__

Title: __MILLVISION, INC.__

## N O T I C E

Please take notice that the above entitled civil matter was inadvertently assigned to Judge __ZOBEL__ at case opening and should have been assigned to Judge __PONSOR__. The case has now been reassigned to Judge __PONSOR__ for all further proceedings. From this date forward the number on all pleadings should be followed by the initials __MAP__.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By: __s/ Lisa A. Urso__
Deputy Clerk

Date: __9/13/05__

Copies to: Counsel

(Notice of Transfer - Error.wpd - 12/98)

[ntccsasgn.]