UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Millivision, Inc.

Chapter 7
Bankruptcy Case 03-47109
Judge Henry J. Boroff

## CLERK'S CERTIFICATION FOR TRANSMITTAL
## OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **03-47109 Millivision, Inc.** ("Missing Exhibit" in Appellee's Designation of Record).

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 16th DAY OF SEPTEMBER.

Date: 9/16/05



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Yingmay Steele

Deputy Clerk
(508) 770-8963

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _16_ day of _September_, _2005_.

This case has been assigned No. _05-40155_.

DEPUTY CLERK

```
-------------------------------- History   Account Number 408994863 --------------------------------
                                 Account Name:  Jeff Alholm
                                 01-02-2002 to 06-09-2003
```

PLAINTIFF'S EXHIBIT 12 ALHOLM

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 12-02-2002 | 12-02-2002 | 145 | Check | -38.00 | 2655.19 | Completed |
| 12-02-2002 | 12-02-2002 | 141 | Check | -131.08 | 2524.11 | Completed |
| 12-04-2002 | 12-04-2002 | 147 | Check | -40.00 | 2484.11 | Completed |
| 12-05-2002 | 12-05-2002 | 148 | Check | -144.00 | 2340.11 | Completed |
| 12-09-2002 | 12-09-2002 | 107 | Check | -48.00 | 2292.11 | Completed |
| 12-09-2002 | 12-09-2002 | 105 | Check | -250.00 | 2042.11 | Completed |
| 12-23-2002 | 12-23-2002 | 108 | Check | -40.00 | 2002.11 | Completed |
| 01-08-2003 | 01-08-2003 | | Descriptive Deposit | 59995.00 | 61997.11 | Completed |
| 01-10-2003 | 01-10-2003 | 111 | Check | -5000.00 | 56997.11 | Completed |
| 01-10-2003 | 01-10-2003 | 109 | Check | -5000.00 | 51997.11 | Completed |
| 01-10-2003 | 01-10-2003 | 110 | Check | -27500.30 | 24496.81 | Completed |
| 01-13-2003 | 01-13-2003 | 113 | Check | -1068.87 | 23427.94 | Completed |
| 01-15-2003 | 01-15-2003 | | ATM Inquiry | 0.00 | 23427.94 | Completed |
| 01-15-2003 | 01-15-2003 | | ATM Withdrawal | -300.00 | 23127.94 | Completed |
| 01-14-2003 | 01-14-2003 | 119 | Check | -27.06 | 23100.88 | Completed |
| 01-14-2003 | 01-14-2003 | 120 | Check | -28.00 | 23072.88 | Completed |
| 01-14-2003 | 01-14-2003 | 118 | Check | -178.05 | 22894.83 | Completed |
| 01-15-2003 | 01-15-2003 | 124 | Check | -69.00 | 22825.83 | Completed |
| 01-15-2003 | 01-15-2003 | 127 | Check | -70.00 | 22755.83 | Completed |
| 01-15-2003 | 01-15-2003 | 117 | Check | -200.00 | 22555.83 | Completed |
| 01-15-2003 | 01-15-2003 | 114 | Check | -1120.00 | 21435.83 | Completed |
| 01-15-2003 | 01-15-2003 | 116 | Check | -1754.05 | 19681.78 | Completed |
| 01-16-2003 | 01-16-2003 | 121 | Check | -15.00 | 19666.78 | Completed |
| 01-16-2003 | 01-16-2003 | 146 | Check | -57.50 | 19609.28 | Completed |
| 01-16-2003 | 01-16-2003 | 125 | Check | -64.41 | 19544.87 | Completed |
| 01-16-2003 | 01-16-2003 | 123 | Check | -80.46 | 19464.41 | Completed |
| 01-16-2003 | 01-16-2003 | 131 | Check | -1000.00 | 18464.41 | Completed |
| 01-16-2003 | 01-16-2003 | 122 | Check | -1578.36 | 16886.05 | Completed |
| 01-16-2003 | 01-16-2003 | 115 | Check | -2500.00 | 14386.05 | Completed |
| 01-17-2003 | 01-17-2003 | 132 | Check | -38.13 | 14347.92 | Completed |
| 01-17-2003 | 01-17-2003 | 136 | Check | -199.63 | 14148.29 | Completed |
| 01-21-2003 | 01-21-2003 | 139 | Check | -9.00 | 14139.29 | Completed |
| 01-21-2003 | 01-21-2003 | 162 | Check | -47.00 | 14092.29 | Completed |
| 01-21-2003 | 01-21-2003 | 130 | Check | -52.00 | 14040.29 | Completed |
| 01-21-2003 | 01-21-2003 | 156 | Check | -94.41 | 13945.88 | Completed |
| 01-21-2003 | 01-21-2003 | 155 | Check | -121.00 | 13824.88 | Completed |
| 01-21-2003 | 01-21-2003 | 134 | Check | -196.67 | 13628.21 | Completed |
| 01-21-2003 | 01-21-2003 | 138 | Check | -215.16 | 13413.05 | Completed |
| 01-21-2003 | 01-21-2003 | 126 | Check | -226.00 | 13187.05 | Completed |
| 01-21-2003 | 01-21-2003 | 159 | Check | -297.96 | 12889.09 | Completed |
| 01-21-2003 | 01-21-2003 | 165 | Check | -2500.00 | 10389.09 | Completed |
| 01-21-2003 | 01-21-2003 | 153 | Check | -5369.93 | 5019.16 | Completed |
| 01-22-2003 | 01-22-2003 | 161 | Check | -11.00 | 5008.16 | Completed |
| 01-22-2003 | 01-22-2003 | 158 | Check | -29.34 | 4978.82 | Completed |
| 01-22-2003 | 01-22-2003 | 160 | Check | -46.00 | 4932.82 | Completed |
| 01-22-2003 | 01-22-2003 | 157 | Check | -56.83 | 4875.99 | Completed |
| 01-22-2003 | 01-22-2003 | 137 | Check | -63.99 | 4812.00 | Completed |
| 01-22-2003 | 01-22-2003 | 154 | Check | -1000.00 | 3812.00 | Completed |
| 01-23-2003 | 01-23-2003 | 133 | Check | -43.08 | 3768.92 | Completed |
| 01-23-2003 | 01-23-2003 | 128 | Check | -45.00 | 3723.92 | Completed |

Ex 37

11-2-04 RCC

```
----------------------------------- History  Account Number 408994863 ---------------------------------
                              Account Name: Jeff Alholm
                              01-02-2002 to 06-09-2003
```

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 01-23-2003 | 01-23-2003 | 164 | Check | -746.64 | 2977.28 | Completed |
| 01-24-2003 | 01-24-2003 | | POS Withdrawal | -10.00 | 2967.28 | Completed |
| 01-24-2003 | 01-24-2003 | 135 | Check | -170.27 | 2797.01 | Completed |
| 02-05-2003 | 02-05-2003 | 168 | Check | -150.00 | 2647.01 | Completed |
| 02-19-2003 | 02-19-2003 | 140 | Check | -49.44 | 2597.57 | Completed |
| 02-21-2003 | 02-21-2003 | 169 | Check | -80.00 | 2517.57 | Completed |
| 02-27-2003 | 02-27-2003 | 150 | Check | -35.00 | 2482.57 | Completed |
| 03-05-2003 | 03-05-2003 | 166 | Check | -500.00 | 1982.57 | Completed |
| 03-06-2003 | 03-06-2003 | | POS Withdrawal | -29.80 | 1952.77 | Completed |
| 03-10-2003 | 03-10-2003 | | ATM Inquiry | 0.00 | 1952.77 | Completed |
| 03-10-2003 | 03-10-2003 | | ATM Withdrawal | -302.00 | 1650.77 | Completed |
| 03-18-2003 | 03-18-2003 | | ATM Withdrawal | -382.00 | 1268.77 | Completed |
| 03-19-2003 | 03-19-2003 | | POS Withdrawal | -24.59 | 1244.18 | Completed |
| 03-20-2003 | 03-20-2003 | | POS Withdrawal | -44.32 | 1199.86 | Completed |
| 03-20-2003 | 03-20-2003 | | POS Withdrawal | -7.58 | 1192.28 | Completed |
| 03-25-2003 | 03-25-2003 | | Deposit | 5270.81 | 6463.09 | Completed |
| 03-27-2003 | 03-27-2003 | | POS Withdrawal | -105.81 | 6357.28 | Completed |
| 03-27-2003 | 03-27-2003 | | Deposit | 5270.81 | 11628.09 | Completed |
| 03-27-2003 | 03-27-2003 | 170 | Check | -5000.00 | 6628.09 | Completed |
| 03-31-2003 | 03-31-2003 | 173 | Check | -1000.00 | 5628.09 | Completed |
| 04-01-2003 | 04-01-2003 | 172 | Check | -5000.00 | 628.09 | Completed |
| 04-07-2003 | 04-07-2003 | | ATM Inquiry | 0.00 | 628.09 | Completed |
| 04-08-2003 | 04-08-2003 | | POS Withdrawal | -37.46 | 590.63 | Completed |
| 04-09-2003 | 04-09-2003 | | ATM Deposit | 5270.81 | 5861.44 | Completed |
| 04-09-2003 | 04-09-2003 | | POS Withdrawal | -35.35 | 5826.09 | Completed |
| 04-10-2003 | 04-10-2003 | | ATM Withdrawal | -300.00 | 5526.09 | Completed |
| 04-11-2003 | 04-11-2003 | | ATM Deposit | 1056.99 | 6583.08 | Completed |
| 04-10-2003 | 04-10-2003 | 174 | Check | -500.00 | 6083.08 | Completed |
| 04-11-2003 | 04-11-2003 | | POS Withdrawal | -43.90 | 6039.18 | Completed |
| 04-11-2003 | 04-11-2003 | | Descriptive Withdrawal | -1056.99 | 4982.19 | Completed |
| 04-11-2003 | 04-11-2003 | | POS Withdrawal | -18.76 | 4963.43 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -478.00 | 4485.43 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Deposit | 478.00 | 4963.43 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -60.18 | 4903.25 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -65.31 | 4837.94 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -282.74 | 4555.20 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -60.34 | 4494.86 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -119.65 | 4375.21 | Completed |
| 04-14-2003 | 04-14-2003 | | POS Withdrawal | -32.24 | 4342.97 | Completed |
| 04-15-2003 | 04-15-2003 | | POS Withdrawal | -181.74 | 4161.23 | Completed |
| 04-15-2003 | 04-15-2003 | | POS Withdrawal | -122.50 | 4038.73 | Completed |
| 04-15-2003 | 04-15-2003 | | POS Withdrawal | -198.00 | 3840.73 | Completed |
| 04-15-2003 | 04-15-2003 | | POS Withdrawal | -75.00 | 3765.73 | Completed |
| 04-15-2003 | 04-15-2003 | | POS Withdrawal | -85.00 | 3680.73 | Completed |
| 04-15-2003 | 04-15-2003 | | Deposit | 300.00 | 3980.73 | Completed |
| 04-15-2003 | 04-15-2003 | | ATM Withdrawal | -300.00 | 3680.73 | Completed |
| 04-15-2003 | 04-15-2003 | | POS Withdrawal | -58.13 | 3622.60 | Completed |
| 04-15-2003 | 04-15-2003 | 176 | Check | -1300.00 | 2322.60 | Completed |
| 04-16-2003 | 04-16-2003 | | POS Withdrawal | -44.00 | 2278.60 | Completed |
| 04-16-2003 | 04-16-2003 | | POS Withdrawal | -30.20 | 2248.40 | Completed |

```
------------------------------------    History   Account Number 408994863   ----------------------------------------
                                          Account Name:  Jeff Alholm
                                           01-02-2002 to 06-09-2003
```

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 04-16-2003 | 04-16-2003 |  | POS Withdrawal | -32.89 | 2215.51 | Completed |
| 04-16-2003 | 04-16-2003 | 179 | Check | -300.00 | 1915.51 | Completed |
| 04-16-2003 | 04-16-2003 |  | POS Withdrawal | -43.66 | 1871.85 | Completed |
| 04-17-2003 | 04-17-2003 | 180 | Check | -400.00 | 1471.85 | Completed |
| 04-18-2003 | 04-18-2003 |  | POS Withdrawal | -152.00 | 1319.85 | Completed |
| 04-18-2003 | 04-18-2003 |  | POS Withdrawal | -36.87 | 1282.98 | Completed |
| 04-18-2003 | 04-18-2003 | 221 | Check | -250.00 | 1032.98 | Completed |
| 04-18-2003 | 04-18-2003 | 175 | Check | -1700.00 | -667.02 | Completed |
| 04-18-2003 | 04-18-2003 | 175 | Check | 1700.00 | 1032.98 | Rejected |
| 04-18-2003 | 04-18-2003 |  | Insufficient Funds Charge | -20.00 | 1012.98 | Completed |
| 04-21-2003 | 04-21-2003 |  | POS Withdrawal | -116.06 | 896.92 | Completed |
| 04-21-2003 | 04-21-2003 |  | POS Withdrawal | -24.65 | 872.27 | Completed |
| 04-21-2003 | 04-21-2003 |  | POS Withdrawal | -25.40 | 846.87 | Completed |
| 04-21-2003 | 04-21-2003 |  | ATM Withdrawal | -282.00 | 564.87 | Completed |
| 04-21-2003 | 04-21-2003 |  | POS Withdrawal | -31.89 | 532.98 | Completed |
| 04-21-2003 | 04-21-2003 |  | POS Withdrawal | -7.65 | 525.33 | Completed |
| 04-21-2003 | 04-21-2003 | 178 | Check | -160.00 | 365.33 | Completed |
| 04-23-2003 | 04-23-2003 |  | ATM Withdrawal | -101.50 | 263.83 | Completed |
| 04-23-2003 | 04-23-2003 |  | POS Withdrawal | -100.00 | 163.83 | Completed |
| 04-23-2003 | 04-23-2003 |  | ATM Inquiry | 0.00 | 163.83 | Completed |
| 04-23-2003 | 04-23-2003 |  | POS Withdrawal | -54.29 | 109.54 | Completed |
| 04-24-2003 | 04-24-2003 |  | POS Withdrawal | -51.81 | 57.73 | Completed |
| 04-24-2003 | 04-24-2003 |  | Deposit | 5241.68 | 5299.41 | Completed |
| 04-24-2003 | 04-24-2003 |  | POS Withdrawal | -29.70 | 5269.71 | Completed |
| 04-24-2003 | 04-24-2003 |  | POS Withdrawal | -17.70 | 5252.01 | Completed |
| 04-25-2003 | 04-25-2003 |  | ATM Inquiry | 0.00 | 5252.01 | Completed |
| 04-28-2003 | 04-28-2003 |  | ATM Withdrawal | -302.00 | 4950.01 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -21.03 | 4928.98 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -466.67 | 4462.31 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -12.70 | 4449.61 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -251.50 | 4198.11 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -13.35 | 4184.76 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -146.20 | 4038.56 | Completed |
| 04-28-2003 | 04-28-2003 |  | POS Withdrawal | -73.48 | 3965.08 | Completed |
| 04-28-2003 | 04-28-2003 | 163 | Check | -38.00 | 3927.08 | Completed |
| 04-28-2003 | 04-28-2003 | 222 | Check | -477.00 | 3450.08 | Completed |
| 04-28-2003 | 04-28-2003 | 175 | Check | -1700.00 | 1750.08 | Completed |
| 04-29-2003 | 04-29-2003 |  | POS Withdrawal | -63.50 | 1686.58 | Completed |
| 04-29-2003 | 04-29-2003 |  | POS Withdrawal | -15.00 | 1671.58 | Completed |
| 04-29-2003 | 04-29-2003 |  | POS Withdrawal | -29.01 | 1642.57 | Completed |
| 04-29-2003 | 04-29-2003 |  | POS Withdrawal | -53.85 | 1588.72 | Completed |
| 04-30-2003 | 04-30-2003 |  | POS Withdrawal | -5.38 | 1583.34 | Completed |
| 04-30-2003 | 04-30-2003 |  | POS Withdrawal | -144.34 | 1439.00 | Completed |
| 05-01-2003 | 05-01-2003 |  | POS Withdrawal | -21.20 | 1417.80 | Completed |
| 05-01-2003 | 05-01-2003 |  | POS Withdrawal | -106.99 | 1310.81 | Completed |
| 05-01-2003 | 05-01-2003 |  | POS Withdrawal | -60.00 | 1250.81 | Completed |
| 05-01-2003 | 05-01-2003 |  | POS Withdrawal | -224.29 | 1026.52 | Completed |
| 05-01-2003 | 05-01-2003 |  | POS Withdrawal | -17.30 | 1009.22 | Completed |
| 05-02-2003 | 05-02-2003 |  | POS Withdrawal | -54.04 | 955.18 | Completed |
| 05-02-2003 | 05-02-2003 |  | External Withdrawal | -17.42 | 937.76 | Completed |

```
------------------------------------  History   Account Number 408994863  ----------------------------------------
                                      Account Name: Jeff Alholm
                                          01-02-2002 to 06-09-2003
```

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---:|---:|---|
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -239.20 | 698.56 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -100.70 | 597.86 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -206.70 | 391.16 | Completed |
| 05-05-2003 | 05-05-2003 | | ATM Inquiry | 0.00 | 391.16 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -34.87 | 356.29 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -90.10 | 266.19 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -29.50 | 236.69 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -20.40 | 216.29 | Completed |
| 05-05-2003 | 05-05-2003 | | ATM Inquiry | 0.00 | 216.29 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -127.65 | 88.64 | Completed |
| 05-05-2003 | 05-05-2003 | | POS Withdrawal | -24.36 | 64.28 | Completed |
| 05-05-2003 | 05-05-2003 | | ATM Inquiry | 0.00 | 64.28 | Completed |
| 05-05-2003 | 05-05-2003 | | ATM Withdrawal | -51.50 | 12.78 | Completed |
| 05-05-2003 | 05-05-2003 | 129 | Check | -48.00 | -35.22 | Completed |
| 05-05-2003 | 05-05-2003 | | Insufficient Funds Charge | -20.00 | -55.22 | Completed |
| 05-07-2003 | 05-07-2003 | | POS Withdrawal | -20.31 | -75.53 | Completed |
| 05-07-2003 | 05-07-2003 | | Insufficient Funds Charge | -20.00 | -95.53 | Completed |
| 05-07-2003 | 05-07-2003 | | ATM Inquiry | 0.00 | -95.53 | Completed |
| 05-12-2003 | 05-12-2003 | | Deposit | 1000.00 | 904.47 | Completed |
| 05-12-2003 | 05-12-2003 | | POS Withdrawal | -92.57 | 811.90 | Completed |
| 05-14-2003 | 05-14-2003 | 227 | Check | -100.00 | 711.90 | Completed |
| 05-15-2003 | 05-15-2003 | | ATM Deposit | 5232.50 | 5944.40 | Completed |
| 05-15-2003 | 05-15-2003 | | POS Withdrawal | -20.30 | 5924.10 | Completed |
| 05-16-2003 | 05-16-2003 | | ATM Deposit | 300.00 | 6224.10 | Completed |
| 05-15-2003 | 05-15-2003 | 225 | Check | -60.00 | 6164.10 | Completed |
| 05-16-2003 | 05-16-2003 | | POS Withdrawal | -37.60 | 6126.50 | Completed |
| 05-19-2003 | 05-19-2003 | | POS Withdrawal | -10.70 | 6115.80 | Completed |
| 05-19-2003 | 05-19-2003 | | POS Withdrawal | -219.43 | 5896.37 | Completed |
| 05-19-2003 | 05-19-2003 | | POS Withdrawal | -28.60 | 5867.77 | Completed |
| 05-19-2003 | 05-19-2003 | 226 | Check | -1250.00 | 4617.77 | Completed |
| 05-20-2003 | 05-20-2003 | | Deposit | 5250.86 | 9868.63 | Completed |
| 05-20-2003 | 05-20-2003 | 229 | Check | -150.00 | 9718.63 | Completed |
| 05-20-2003 | 05-20-2003 | 233 | Check | -500.00 | 9218.63 | Completed |
| 05-21-2003 | 05-21-2003 | | POS Withdrawal | -30.00 | 9188.63 | Completed |
| 05-21-2003 | 05-21-2003 | 234 | Check | -100.00 | 9088.63 | Completed |
| 05-21-2003 | 05-21-2003 | 235 | Check | -456.11 | 8632.52 | Completed |
| 05-21-2003 | 05-21-2003 | 230 | Check | -3000.00 | 5632.52 | Completed |
| 05-22-2003 | 05-22-2003 | | POS Withdrawal | -26.50 | 5606.02 | Completed |
| 05-22-2003 | 05-22-2003 | | ATM Withdrawal | -302.00 | 5304.02 | Completed |
| 05-22-2003 | 05-22-2003 | | POS Withdrawal | -12.65 | 5291.37 | Completed |
| 05-22-2003 | 05-22-2003 | 231 | Check | -200.00 | 5091.37 | Completed |
| 05-23-2003 | 05-23-2003 | | POS Withdrawal | -250.50 | 4840.87 | Completed |
| 05-23-2003 | 05-23-2003 | | POS Withdrawal | -30.65 | 4810.22 | Completed |
| 05-23-2003 | 05-23-2003 | 236 | Check | -219.00 | 4591.22 | Completed |
| 05-23-2003 | 05-23-2003 | 232 | Check | -380.63 | 4210.59 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -267.74 | 3942.85 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -61.14 | 3881.71 | Completed |
| 05-27-2003 | 05-27-2003 | | ATM Inquiry | 0.00 | 3881.71 | Completed |
| 05-27-2003 | 05-27-2003 | | ATM Withdrawal | -201.50 | 3680.21 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -20.00 | 3660.21 | Completed |

------------------------------------- History   Account Number 408994863 -------------------------------------
Account Name: Jeff Alholm
01-02-2002 to 06-09-2003

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -24.15 | 3636.06 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -34.12 | 3601.94 | Completed |
| 05-27-2003 | 05-27-2003 | | ATM Withdrawal | -201.50 | 3400.44 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -65.11 | 3335.33 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -21.35 | 3313.98 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -160.49 | 3153.49 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -98.00 | 3055.49 | Completed |
| 05-27-2003 | 05-27-2003 | | POS Withdrawal | -56.09 | 2999.40 | Completed |
| 05-28-2003 | 05-28-2003 | | POS Withdrawal | -30.00 | 2969.40 | Completed |
| 05-28-2003 | 05-28-2003 | | POS Withdrawal | -63.59 | 2905.81 | Completed |
| 05-29-2003 | 05-29-2003 | | Descriptive Deposit | 345.00 | 3250.81 | Completed |
| 06-02-2003 | 06-02-2003 | | ATM Inquiry | 0.00 | 3250.81 | Completed |
| 06-02-2003 | 06-02-2003 | | ATM Withdrawal | -202.00 | 3048.81 | Completed |
| 06-02-2003 | 06-02-2003 | | POS Withdrawal | -17.02 | 3031.79 | Completed |
| 06-03-2003 | 06-03-2003 | | POS Withdrawal | -24.45 | 3007.34 | Completed |
| 06-03-2003 | 06-03-2003 | | POS Withdrawal | -6.68 | 3000.66 | Completed |
| 06-04-2003 | 06-04-2003 | | POS Withdrawal | -32.00 | 2968.66 | Completed |
| 06-04-2003 | 06-04-2003 | | ATM Inquiry | 0.00 | 2968.66 | Completed |
| 06-04-2003 | 06-04-2003 | | ATM Withdrawal | -202.50 | 2766.16 | Completed |
| 06-04-2003 | 06-04-2003 | | POS Withdrawal | -8.38 | 2757.78 | Completed |
| 06-04-2003 | 06-04-2003 | | Stop Payment Fee | -15.00 | 2742.78 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -32.01 | 2710.77 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -118.67 | 2592.10 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -35.00 | 2557.10 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -56.15 | 2500.95 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -55.49 | 2445.46 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -31.05 | 2414.41 | Completed |
| 06-09-2003 | 06-09-2003 | | ATM Withdrawal | -300.00 | 2114.41 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -35.00 | 2079.41 | Completed |
| 06-09-2003 | 06-09-2003 | | POS Withdrawal | -31.55 | 2047.86 | Completed |