UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                            )
MILLIVISION, INC.,          )
                            )
    Debtor/Appellant        )  CASE NO.  05CV40155-MAP
                            )
v.                          )
                            )
JEFFERY W. ALHOLM           )
                            )
    Claimant/Appellee       )
                            )
_____)


## ASSENTED MOTION TO EXTEND TIME FOR SUBMISSION OF APPELLEE'S BRIEF

    Now comes Jeffrey Alholm ("Appellee") and respectfully moves this court to extend the deadline for the submission of the Appellee's Appellate Brief from October 11, 2005 to October 26, 2005.  In support of said Motion Alholm states as follows:

    1) Counsel for Appellee is scheduled to conduct a seven day jury trial in the Hampshire County Superior Court in the matter of Piascik v. Muller, Civil Action No. 04-041. Said trial will commence on October 4, 2005.

    2) As a result of said trial Counsel for Appellee will have insufficient time to prepare Appellee's brief which is otherwise due on October 11, 2005

3) Counsel for the Appellant has graciously assented to this motion.

WHEREFORE, Counsel for the Appellee respectfully moves this court to extend the deadline for the submission of the Appellee's Appellate Brief from October 11, 2005 to October 26, 2005

Respectfully submitted this the 1st day of October, 2005.

        JEFFEREY W. ALHOLM
        By His Counsel

        /s/ David J. Noonan, Esq.
        228 Triangle Street
        Amherst, MA  01002
        Tel: 413-549-5491
        Fax: 413-549-5156
        David.noonan@verizon.net
        BBO# 373260

        David W. Ostrander, Trustee
        By His Counsel

        /s/ John C. Sikorski, Esq.
        Robinson, Donovan, P.C.
        1500 Main Street, Suite 1600
        P.O. Box 15609
        Springfield, MA 01115
        Tel: 413-732-2301
        Fax: 413-785-4658
        BBO # 461970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Jeffrey Alholm's ASSENTED MOTION TO EXTEND TIME FOR SUBMISSION OF APPELLEE'S BRIEF was served upon Counsel for the Chapter 11 Trustee by mailing the same, first class mail, postage prepaid to said Counsel on this the 1st day of October, 2005.

Respectfully submitted this the 1st day of October, 2005.

        S/S David J. Noonan
        David J. Noonan, Esq.
        228 Triangle Street
        Amherst, MA 01002
        Tel. 413-549-5491,
        Fax. 413-549-5156
        Email: david.noonan@verizon.net
        BBO # 373260