## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**MILLIVISION, INC**
    **Debtor/Appellant**                                **CASE NO. 05-40155-MAP**
               V.
**JEFFERY ALHOLM**
    **Claimant/Appellee**

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON BANKRUPTCY APPEAL on JANUARY 27, 2006 at 2:30 PM before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

                                                      SARAH THORNTON
                                                      CLERK OF COURT

**11/8/05**                                              **By: /s/ Elizabeth A. French**
    Date                                                     Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                         [kntchrgcnf.]
                                                                                    [ntchrgcnf.]