# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re | ) |
| Debtor, Millvision, Inc. | ) |
| | ) |
| Appellant | ) |
| Chapter 7 Trustee David W. Ostrander | ) |
| | ) |
| V. | )   Case No:   3:05-CV- 40155-MAP |
| | ) |
| Appellee | ) |
| Jeffrey Alholm | ) |
| *Joinder of Petitioner after filing Petitioning* | ) |
| *Creditor* | ) |
| | ) |
| Notice | ) |
| US Bankruptcy Court | ) |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the appellant on 1/24/06 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within THIRTY (30) DAYS to reopen the action if settlement is not consummated by the parties.

DATED January 24, 2006

                            **SARAH A. THORNTON**
                            CLERK

                            BY: /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay
                                Deputy Clerk