UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| MILLIVISION, INC. | ) | NO. 05CV40155-MAP |
|     Debtor/Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFERY W. ALHOLM, | ) | |
|     Claimant/Appellee. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-entitled action hereby stipulate that all claims be dismissed, with prejudice, and without costs.

| THE DEBTOR/APPELLANT | THE APPELLEE |
|---|---|
| MILLIVISION, INC. | JEFFERY W. ALHOLM |
| | |
| By  /s/ *John C. Sikorski* | By  /s/ *David J. Noonan* |
| John C. Sikorski, Esq., of | David J. Noonan, Esq. |
| Robinson Donovan, P.C. | 228 Triangle Street |
| 1500 Main Street – Suite 1600 | Amherst, MA 01002 |
| Springfield, MA 01115 | (413) 549-5491 |
| (413) 785-4658 | BBO No.:  373260 |
| BBO No.: 461970 | |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2006.

Subscribed under the penalties of perjury.

                                                          /s/ *John C. Sikorski*
                                                          John C. Sikorski

419924